JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* CHI KWAN CHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>RGE MOTOR DIRECT INC. d/b/a ONEBIGOUTLET, and PHOENIX TOOLS, INC.,<br><br>        Defendants. | Case No. 2:21-cv-04763-RGK-KS<br><br>[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANT PHOENIX TOOLS, INC. |

Having decided this action on a motion for default judgment, the Court orders that the plaintiff, United States ex rel. Chi Kwan Chan, recover from defendant Phoenix Tools, Inc., the amount of thirty-one million one hundred thirty-three thousand eight hundred forty-six dollars and seventy-nine cents ($31,133,846.79), plus post judgment interest at the rate of 4.87% per annum, along with costs.

Dated: **2/22/2023**

_____
Honorable R. Gary Klausner
United States District Judge